United States District Court
Middle District of Florida
Jacksonville Division

**SHIRLEY RIFFLE,**

***Plaintiff,***

**v.** **NO. 3:25-cv-450-JEP-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

***Defendant.***

---

# Order

The plaintiff moves, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, for an award of $6,669.73 as an attorney's fee and $405 in costs. Doc. 35. The fee request is based on a $265.51 hourly rate for 25.02 hours of work performed in 2025 and 0.1 hours of work performed in 2026. *See* Doc. 35-2 at 3.

A fee applicant has the burden of showing the requested rate is reasonable. *Blum v. Stenson*, 465 U.S. 886, 897 (1984); *accord Norman v. Hous. Auth. of Montgomery*, 836 F.2d 1292, 1299, 1303 (11th Cir. 1988). A fee award under the EAJA "shall be based upon prevailing market rates for the kind and quality of the services furnished," but it must not exceed $125 an hour "unless the court determines that an increase in the cost of living [since 1996, the date of the last amendment to the amount,] or a special factor, such as the limited availability of qualified attorneys for the proceedings involved, justifies a higher fee." 28 U.S.C. § 2412(d)(2)(A).

When adjusting the $125 cap, a court should use the cost-of-living increase as of the time the attorney performed the work, not at a later time. *Masonry Masters, Inc. v. Nelson*, 105 F.3d 708, 711–12 (D.C. Cir. 1997). To do otherwise amounts to awarding interest for which the United States has not waived sovereign immunity. *Id.*; *accord United States v. Aisenberg*, 358 F.3d 1327, 1346 n.28 (11th Cir. 2004) (finding *Masonry* and similar opinions persuasive in an analogous context).

The motion, Doc. 35, is **denied without prejudice**. The plaintiff fails to satisfy her burden of showing the reasonableness of the requested rate because she bases it on the average consumer price index (CPI) for the first half of 2026 for work the lawyers performed in 2025. *See* Doc. 35-3 (330.724 CPI for the first half of 2026); Doc. 35-2 at 3 (using 330.72 as the CPI for all calculations).

Any renewed motion must be filed by **November 4, 2026**, and must request a fee award based on the correct rate.

**Ordered** in Jacksonville, Florida, on October 21, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*